1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-CR-965-BAS |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| KEVIN JOHN LEONARD, | |
| Defendant. | |

WHEREAS, in the Information the United States sought forfeiture of all right, title and interest in property of Defendant KEVIN JOHN LEONARD ("Defendant"), pursuant to 18 U.S.C. § 982(a)(7) as all property, real and personal, that constitutes and is derived from proceeds traceable to the omission of the offense set forth in the Information in the violation of 18 U.S.C. §§ 1347 and 2, as charged in the Information.

WHEREAS, on or about May 15, 2024, Defendant pled guilty before Michael S. Berg to Count 1 of the Information, which included consent to the forfeiture allegations of the Information, and consent to forfeiture of all property seized in connection with the case, including but not limited to entry of a forfeiture money judgment in the amount of $234,000.00 representing the proceeds Defendant personally received from the offense set forth in the Information, which forfeiture shall be included and incorporated as part of the judgment in this case; and

WHEREAS, on, May 30, 2024, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court hereby finds that $234,000.00 represents the amount of proceeds the Defendant personally obtained directly as a result of the offense set forth in the Information to which Defendant pled guilty, 18 U.S.C. §§ 1347 and 2, as charged in the Information; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant in the form of a forfeiture money judgment representing the amount of the proceeds received by the Defendant in the amount of $234,000.00, pursuant to 18 U.S.C. § 982(a)(7) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and financial addendum, the United States has established the requisite nexus between the $234,000.00 forfeiture money judgment and the offense set forth in the Information; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 18 U.S.C. § 982(b) which incorporates 21 U.S.C., § 853(p) exist and has agreed the United States may take actions to collect the forfeiture money judgment; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based on the guilty plea of the Defendant to Count 1 of the Information the United States is entitled to a forfeiture money judgment against Defendant in the amount of $234,000.00 pursuant to 18 U.S.C. § 982(a)(7) representing the proceeds Defendant personally received from the offense of conviction set forth in the

Information, which forfeiture money judgment is in favor of the United States against Defendant KEVIN JOHN LEONARD with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture money judgment and collecting and enforcing it; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $234,000.00 to satisfy the forfeiture money judgment in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the forfeiture money judgment.

7. This order shall be incorporated and included as part of the judgment in this case when Defendant is sentenced.

DATED: 8/8/24

Honorable Cynthia Bashant
United States District Judge